UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| **MICHAEL R. MORGAN and LINDA MORGAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**ABBVIE, INC. AND ABBOTT LABORATORIES.**<br><br>Defendant. | Civil Action No. 1:15-cv-02988<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree that any and all claims asserted by and on behalf of Plaintiff against Defendants in the above-captioned case be and are hereby dismissed with prejudice.

Dated: July 20, 2015.

| | |
|---|---|
| */s/ Rachel Abrams*<br>Rachel Abrams (CA #209316)<br>**LEVIN SIMES LLP**<br>44 Montgomery Street, 32nd Floor<br>San Francisco, CA 94104<br>Telephone: (415) 426-3000<br>Facsimile: (415) 426-3001<br>Email: rabrams@levinsimes.com<br>*Attorney for Plaintiff* | */s/ Hope S. Freiwald (w/consent)*<br>Hope S. Freiwald<br>**DECHERT LLP**<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>Telephone: (215) 994-4000<br>Facsimile: (215) 994-2222<br>Email: hope.freiwald@dechert.com<br>*Attorneys for Defendants* |

1